IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-237-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| QUENTIN MARQUE HINES, | ) | |
| | ) | |
| Defendant | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 90 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the 7 day of ___April___, 2018.

_____
JAMES C. DEVER, III
Chief United States District Judge